IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>       Plaintiff,<br><br>  v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>       Defendant. | Case No. 19-cv-3461 |

### PLAINTIFF'S UNOPPOSED MOTION TO STAY BRIEFING ON MOTION TO DISMISS

Plaintiff the State of Illinois ("State") respectfully requests that the Court stay briefing on the motion to dismiss filed by Defendant William P. Barr, in his official capacity as Attorney General of the United States, on July 30, 2019 (ECF #17). The State respectfully requests that briefing on the motion be stayed until August 22, 2019, on which date the parties shall appear before the Court for a status hearing. Undersigned counsel has conferred with counsel for the Defendant, who stated that Defendant does not oppose this request.

Dated: August 5, 2019

                                                      Respectfully submitted,

                                                      KWAME RAOUL
                                                      Attorney General of Illinois

                                                      /s/ Jeff VanDam

                                                      Darren Kinkead
                                                      Jeff VanDam
                                                      Assistant Attorneys General
                                                      100 W. Randolph St., 11th Fl.
                                                      Chicago, IL 60601
                                                      (312) 814-1188
                                                      dkinkead@atg.state.il.us
                                                      jvandam@atg.state.il.us

                                                      *Attorneys for Plaintiff*