# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 13, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 20-1070<br><br>Caption:<br>STATE OF ILLINOIS,<br>Plaintiff - Appellee<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States,<br>Defendant - Appellant |
| District Court No: 1:19-cv-03461<br>District Judge Harry D. Leinenweber<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Date NOA filed in District Court: 12/20/2019 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)