# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 8, 2021

*By the Court:*

| | |
|---|---|
| STATE OF ILLINOIS,<br>    Plaintiff-Appellee,<br><br>Nos. 18-3509 and 20-1070   v.<br><br>MERRICK B. GARLAND, Attorney General of the United States of America, et al.,<br>    Defendants-Appellants. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] Nos. 1:18-cv-04791 and<br>]    1:19-cv-03461<br>]<br>] Harry D. Leinenweber,<br>]    Judge.<br>] |

Upon consideration of the **UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS**, filed on March 30, 2021, by counsel for the appellants,

**IT IS ORDERED** that these cases are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

  form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit